

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -3 PM 3: 11

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TUFTS ENERGY, L.L.C.<br>Appellant | CIVIL ACTION<br>NO. 06-0359 |
| VERSUS | |
| TREVOR BRYAN, AS RESPONSIBLE PARTY OF CRUTCHER-TUFTS RESOURCES, L.P., AND CRUTCHER-TUFTS RESOURCES, INC., et. al.<br>Appellees | SECTION M |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA, THE
HONORABLE JERRY A. BROWN, PRESIDING
ADVERSARY PROCEEDING CASE NO. 04-1161

### ORDER

Before the Court is an appeal filed by Tufts Energy, LLC, pursuant to 28 U.S.C. §158(a) (1), from the November 15, 2005 judgment of the United States Bankruptcy Court for the Eastern District of Louisiana. The appellees, Trevor G. Bryan, as responsible party of Crutcher-Tufts Resources, Inc. and Crutcher-Tufts Resources, L.P, the debtors, sought a declaratory judgment as to whether appellant, Tufts Energy, LLC has a limited partnership interest in Crutcher- Tufts Resources, L.P. Trial in this matter was held from June 13 through June 16, 2005.

___ Fee ___
___ Process ___
X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

Having reviewed the Bankruptcy Court's findings of fact for clear error and finding none, and having reviewed the conclusion of law de novo and finding no mistake, the Court affirms the Memorandum Opinion of the Bankruptcy Court in all respects.

Appellants Motion to Strike Brief of Appellees, the 68% Owners, is **DENIED**.

New Orleans, Louisiana, this 3RD day of August, 2006.

*Peter Beer*
Peter Beer
United States District Judge